United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARION RAY MOSLEY, TDCJ #00618348 | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. H-26-3326 |
| v. | § § | |
| TDCJ-CID, | § § § | |
| Defendant. | § | |

**MEMORANDUM ON DISMISSAL**

Representing himself, the plaintiff, Marion Ray Mosley, filed a prisoner's civil-rights complaint under 42 U.S.C. § 1983. On May 7, 2026, the Clerk's Office entered a Notice of Deficient Pleading instructing Mosley to either pay the filing fee or file an application for leave to proceed without prepayment of fees accompanied by a certified statement of his inmate trust account within 30 days. (Docket Entry No. 7). The deadline for compliance has expired and Mosley has not complied with the Clerk's Notice of Deficient Pleading.

A district court may dismiss a lawsuit for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See* Fed. R. Civ. P. 41(b). "This authority is based on the courts' power to manage and administer their own affairs to ensure the orderly and expeditious disposition of cases." *Lewis v. Sheriff's Dept. Bossier Parish*, 478 F. App'x 809, 815 (5th Cir. 2012) (per curiam) (internal quotation marks and citation omitted); *see also Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018) (explaining that a district court may dismiss an action for failure to prosecute); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (explaining that a district court may dismiss an action for failure to comply with court orders).

Mosley's failure to comply with the Notice of Deficient Pleading forces the court to conclude that he lacks diligence in prosecuting this action.  Therefore, under the court's general power to manage its docket, this case is dismissed without prejudice for want of prosecution. Mosley is advised that he may obtain relief from this order if he makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure.  At a minimum, a proper showing under Rule 60(b) includes compliance with all previous orders of the court, including compliance with the Clerk's notice of deficient pleading.

This case is dismissed without prejudice.  Any pending motions are denied as moot.

SIGNED on June 29, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge